Attachment #1

